# Court of Appeals
# of the State of Georgia

ATLANTA,  August 27, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0180. DARRYL CURRY v. THE STATE.**

In March 2013, Darryl Curry was convicted of trafficking persons for sexual servitude, pimping, and other crimes, and was sentenced to 60 years to serve 40 years. We affirmed his convictions in 2015. *Curry v. State*, 330 Ga. App. 610 (768 SE2d 791) (2015). In January 2019, Curry filed a pro se "Motion to Vacate, Set Aside, or Correct Sentence by a Person in State Custody." The trial court dismissed Curry's motion on March 27, 2019. On July 26, 2019, Curry filed a pro se notice of appeal from this ruling. The State has filed a motion to dismiss the appeal, arguing that the notice of appeal was untimely. As the State asserts, we lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of an appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Curry's notice of appeal is untimely, as it was filed 121 days after entry of the order he seeks to appeal. Accordingly, the State's motion to dismiss is hereby GRANTED and this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/27/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*